# EXHIBIT "A"

David J. Przygoda
Litigation Counsel

**SONY.**

Sony Corporation of America
550 Madison Avenue, 27th Floor
New York, NY 10022
Telephone: (212) 833-5223
Fax: (212) 833-6809
Email: david.przygoda@am.sony.com

May 3, 2013

**VIA EMAIL AND FEDERAL EXPRESS**

Kelli Byers Hooper, Esq.
Hooper & Honore, LLC
170 Mitchell St. SW
Atlanta, GA 30303

Re: Jeffrey Walker, II

Dear Kelli:

I am writing on behalf of EMI April Music Inc. and EMI Blackwood Music Inc. (collectively, "EMI") concerning your demand for any royalty amounts due to Jeffrey Walker from EMI.

Per our discussion, EMI has reviewed the status of Mr. Walker's account. Mr. Walker has earned a total of $195,062.00 since inception, as reflected in the enclosed summary royalty statements that EMI issued for Mr. Walker's account. EMI has made numerous efforts over the past several years to pay all amounts due to Mr. Walker. In fact, as the documents we previously produced to you demonstrate, EMI has issued at least nineteen checks to Mr. Walker c/o Blackground Entertainment since 2004 reflecting various royalty payments. Nevertheless, EMI currently is only able to confirm that two such checks were ever cashed and deposited, for a total payment of $178,296.88. If that is in fact the case, Mr. Walker would still be owed $16,765.12 for amounts collected by EMI in prior periods.

The chart below reflects the apparent status of Mr. Walker's account in further detail:

Kelli Byers Hooper, Esq.
May 3, 2013

| | | | |
|---|---|---|---|
| Dec-02 | 32,661.51 | | |
| Jun-03 | 38,226.06 | | |
| Dec-03 | 32,333.74 | | |
| Jun-04 | 63,771.54 | | |
| Dec-04 | 2,616.16 | | |
| Jun-05 | 2,934.19 | | |
| Dec-05 | 1,789.41 | 92,419.40 | |
| Jun-06 | 2,376.41 | | |
| Dec-06 | 8,087.91 | | |
| Jun-07 | 2,659.68 | | |
| Dec-07 | 2,170.17 | | |
| Jun-08 | 1,587.86 | | |
| Dec-08 | 649.15 | 85,811.48 | |
| Jun-09 | 460.03 | | |
| Dec-09 | 635.33 | | |
| Jun-10 | 543.53 | | |
| Dec-10 | 1,373.41 | | |
| Jun-11 | 130.36 | | |
| Dec-11 | 55.55 | | |
| Jun-12 | 0.00 | | |
| Grand Total | 195,062.00 | 178,296.88 | 16,765.12 |

Accordingly, unless we receive any written objection by May 15, 2013, EMI is prepared to issue a check in the amount of $16,765.12 to Mr. Walker, c/o Hooper & Honore, LLC, which will represent payment of all remaining royalty amounts that may be owed.

Please do not hesitate to contact me if you have any questions.

Very truly yours,

David J. Przygoda

Enclosures

cc: Blackground Music, Inc.
c/o Virgil Roberts, Esq.
Bobbitt & Roberts
400 Corporate Pointe, Suite 300
Culver City, CA 90230

Kelli Byers Hooper, Esq.
May 3, 2013

Reservoir Media Management, Inc.
304 Hudson Street, 5th Floor
New York, NY 10013