# EXHIBIT "B"

Payables Web Services                                                                 Page 1 of 1



https://disburse-pws.jpmorgan.com/pws/custapp/ExternalInquire.do

EMI 000027

12/17/2012