

FILED
CLERK, U.S. DISTRICT COURT
8/25/2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY WALKER II p/k/a J-DUB, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>BLACKGROUND RECORDS, LLC, a Delaware limited liability company, BLACK FOUNTAIN PUBLISHING, INC, a Delaware corporation, BARRY HANKERSON, an individual, and DOES 1-10 INCLUSIVE,<br><br>    Defendants. | Case No.: 2:16-cv-04833-FMO(FFMx)<br><br>The Honorable Fernando M. Olguin<br>Courtroom 6D – 6th Floor<br><br>**[P̶R̶O̶P̶O̶S̶E̶D̶] AGREED ORDER SETTING AMOUNT OF FEES AWARDED AGAINST ATTORNEY RASHEED MCWILLIAMS AND THE COTMAN IP LAW GROUP, PLC, JOINTLY AND SEVERALLY, PURSUANT TO THE COURT'S ORDER GRANTING PLAINTIFF'S REQUEST FOR MONETARY SANCTIONS [DE 35]**<br><br>Complaint Filed: June 30, 2016<br>Date Dismissed: December 22, 2016 |

The Court, having entered an Order granting Plaintiff Jeffrey Walker II p/k/a J-Dub's ("Plaintiff") Request for Monetary Sanctions against Attorney Rasheed McWilliams and the Cotman IP Law Group, PLC, jointly and severally, for Filing a Baseless Rule 11 Motion [DE 35], and having considered counsel for Plaintiff's Declaration Re: Fees, hereby Orders as follows:

**IT IS HEREBY ORDERED THAT:**

The Court awards Plaintiff sanctions against Rasheed McWilliams and the Cotman IP Law Group, PLC, jointly and severally, in the amount of $20,766.00. Rasheed McWilliams and the Cotman IP Law Group, PLC shall pay this amount as follows:

(i) $10,383.00 on or before August 28, 2017; *and*

(ii) $10,383.00 on or before September 27, 2017.

**IT IS SO ORDERED.**

August 25, 2017                  /s/
DATED                  HONORABLE FERNANDO M. OLGUIN
                 UNITED STATES DISTRICT COURT JUDGE